**2002–0420. Mayes v. Gansheimer.**

In Habeas Corpus. On petition for writ of habeas corpus of Keith A. Mayes. Sua sponte, cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**2002–0428. McGrath v. Wilkerson.**

In Habeas Corpus. On petition for writ of habeas corpus of Joseph James McGrath. Sua sponte, cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

## MOTION AND PROCEDURAL RULINGS

**2001–1702. State ex rel. Beacon Journal Publishing Co. v. Bond.**

Summit App. No. 20329. Sua sponte, case to be scheduled for oral argument.

**2001–1723. State v. Frazier.**

Cuyahoga App. No. 54771. On pro-se motion to strike appellant's merit brief filed by counsel, pro-se motion for appointment of requested counsel Jeffry F. Kelleher and Robert A. Dixon, and pro-se motion for stay of proceedings pending a ruling on motions to strike and for appointment of counsel. Motions denied.

**2002–0131. State ex rel. Consumer News Serv., Inc. v. Worthington Bd. of Edn.**

In Mandamus. On S.Ct.Prac.R. X(5) determination, relator's motion for leave to amend complaint, and respondents' motion to dismiss.

IT IS ORDERED that relator's motion for leave to amend its complaint be, and hereby is, granted.

IT IS FURTHER ORDERED that respondents' motion to dismiss be, and hereby is, denied, and that an alternative writ be, and hereby is, granted, and that a schedule for the presentation of evidence and briefs be issued.

MOYER, C.J., and LUNDBERG STRATTON, J., would grant the motion to dismiss.

**2002–0396. State v. Reddick.**

Lucas App. No. L–01–1410. On motion for leave to file delayed appeal. Motion denied.

MOYER, C.J., PFEIFER and COOK, JJ., dissent.

**2002–0398. State v. Billiter.**

Tuscarawas App. No. 01AP080077. On motion for leave to file delayed appeal. Motion denied.

**2002–0401. State v. McGrath.**

Cuyahoga App. No. 80645. On motion for leave to file delayed appeal. Motion denied.

PFEIFER, J., dissents.

**2002–0405. Andreano v. Westlake City Council.**

Cuyahoga App. No. 79286. On motion for stay of court of appeals' judgment. Motion denied.

COOK and LUNDBERG STRATTON, JJ., dissent.

**2002–0416. State v. Callahan.**

Summit App. No. 20432. On motion for leave to file delayed appeal. Motion denied.

PFEIFER, J., dissents.

**2002–0418. State v. Reeder.**

Ashtabula App. No. 2000–A–0089. On motion for leave to file delayed appeal. Motion denied.

**2002–0438. State v. Stair.**

Warren App. No. CA2001–03–017. On motion for leave to file delayed appeal. Motion denied.

MOYER, C.J., PFEIFER and LUNDBERG STRATTON, JJ., dissent.

**2002–0446. State v. Sherman.**

Clermont App. No. CA99–11–106. On motion for leave to file delayed appeal. Motion denied.